68 So.3d 913 (2011)
GAMMA CONSTRUCTION, INC., Appellant,
v.
BRIDGELOAN INVESTORS, INC., etc., Appellee.
No. 3D10-1803.
District Court of Appeal of Florida, Third District.
June 15, 2011.
*914 Patrick J. Goggins; Joel S. Perwin, Miami, for appellant.
Hall, Lamb & Hall and Andrew C. Hall and Matthew P. Leto, Miami, for appellee.
Before GERSTEN, ROTHENBERG and SALTER, JJ.
PER CURIAM.
Affirmed. See Nat'l Loan Investors, L.P. v. Burgher, 742 So.2d 406 (Fla. 4th DCA 1999).